J. Blake Mayes (No. 024159)
Claudia Z. Horan (No. 030243)
**MAYESTELLES PLLC**
3636 N. Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602.714.7900
Facsimile: 602.357.3037
courts@mayestelles.com
Attorneys for Plaintiff

# IN THE UNITED STATED DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| RICK NORTHERN and ELIZABETH NORTHERN, husband and wife, | No. 2:18-CV-00440-DMF |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| DON LENNY KING and JANE DOE KING, husband and wife; and JOHN and JANE DOES I-X, ABC CORPORATIONS AND PARTNERSHIPS I-X, | |
| Defendants. | |

Plaintiffs and Defendants, by and through counsel undersigned, together submit this Notice to the Court that the parties have reached a settlement agreement in this matter.

DATED this 8th day of March, 2018.

**Broening Oberg Woods and Wilson**        **MAYESTELLES PLLC**


By: */s/ Claudia Horan for* _____         By: */s/ Claudia Horan*
William Phillips                             J. Blake Mayes
*Attorneys for Defendants*                   Claudia Z. Horan
                                             *Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 8th day of March, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system:

William Phillips
Broening Oberg Woods & Wilson
PO Box 80527
Phoenix, Arizona 85036
*Attorneys for Defendant*

/s/ Claudia Z. Horan _____

2